IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ROBERT WILLIAM REYNOLDS,<br>Appellant,<br>vs.<br>SUSAN VICTORIA REYNOLDS,<br>Respondent. | No. 83473<br><br>**FILED**<br><br>MAR 3 0 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY ___S. Young___<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Ara H. Shirinian, Settlement Judge
Law Offices of F. Peter James, Esq.
Hamilton Law
Eighth District Court Clerk

22-09855